# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Groupon, Inc.

                         Plaintiff,

v.                                            Case No.: 1:16–cv–05064
                                            Honorable Rebecca R. Pallmeyer

International Business Machines Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 20, 2016:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 12/20/2016. Motion to dismiss [32] is denied. Claim Construction Hearing set for 4/3/2017 at 10:00 AM; parties to submit proposed agreed schedule for intervening dates. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.