UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GROUPON, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL BUSINESS ) <br> MACHINES CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action No. 1:16-cv-05064 <br> Honorable Rebecca R. Pallmeyer |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT the undersigned shall appear before The Honorable Rebecca R. Pallmeyer or any judge sitting in her stead, on **January 19, 2017 at 8:45 a.m. in Room 2141** of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and there present the attached *JOINT MOTION TO AMEND SCHEDULING ORDER CONCERNING CLAIM CONSTRUCTION*.

Dated: January 13, 2017            Respectfully submitted,

By: */s/ Tron Y. Fu*
Thomas L. Duston (IL Reg. No. 6196612)
Tron Y. Fu (IL Reg. No. 6309042)
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Drive, 6300 Willis Tower
Chicago, IL 60606
T: (312) 474-6300
F: (312) 474-0448
tduston@marshallip.com
tfu@marshallip.com

Attorneys for Plaintiff Groupon, Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing **NOTICE OF MOTION** was caused to be served via ECF on all counsel of record on January 13, 2017.

                         /s Tron Y. Fu
                         Tron Y. Fu