IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GROUPON, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | Civil Action No. 1:16-cv-5064 <br><br> **JURY TRIAL DEMANDED** |

### JOINT STIPULATION OF DISMISSAL AND ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Groupon, Inc. and Defendant International Business Machines Corporation (collectively, "the Parties") hereby stipulate that all Groupon's claims in the above-captioned action are hereby dismissed with prejudice. Each side shall bear its own costs, expenses, and attorneys' fees.

Dated: September 28, 2018

By: /s/ Thomas L. Duston
Thomas L. Duston (IL Reg. No. 6196612)
Tron Y. Fu (IL Reg. No. 6309042)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Willis Tower
Chicago, Illinois 60606-6357
T: (312) 474-6300
F: (312) 474-0448
E: tduston@marshallip.com
E: tfu@marshallip.com

*Attorneys for Plaintiff Groupon, Inc.*

Respectfully submitted,

By: /s/ Ameet A. Modi
Kenneth R. Adamo (IL Reg. No. 0010405)
Brent P. Ray (IL Reg. No. 6291911)
KIRKLAND & ELLIS LLP
300 North LaSalle St., Chicago, IL 60654
T: 312.862.2000
E: Kenneth.adamo@kirkland.com
E: Brent.ray@kirkland.com

John M. Desmarais
Jon T. Hohenthaner
Ameet A. Modi
DESMARAIS LLP
230 Park Avenue, New York, NY 10169
T: 212.351.3400
E: jdesmarais@desmaraisllp.com
E: jhohenthaner@desmaraisllp.com
E: amodi@desmaraisllp.com

*Attorneys for Defendant International Business Machines Corporation*

It is SO ORDERED, this \_\_\_1st\_\_\_ day of \_\_\_October\_\_\_, 2018

_____
The Honorable Rebecca R. Pallmeyer
United States District Judge